# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| DARRELL LYNN HENDERSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION 13-0376-CG-M |
| vs. ) | CRIMINAL NO 07-00067-CG-M |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Respondent's Motion to Dismiss (Doc. 69) is **GRANTED** and that Petitioner's Motion to Vacate (Doc. 67) is **DISMISSED**. It is further **ORDERED** that any certificate of appealability filed by Petitioner is **DENIED** as he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 23rd day of September, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE