IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DARRELL LYNN HENDERSON,** | ) |
| | ) |
| Petitioner, | ) |
| | ) CIVIL ACTION 13-0376-CG-M |
| vs. | ) CRIMINAL NO 07-00067-CG-M |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Respondent, the United States of America, and against Petitioner, Darrell Lynn Henderson.

**DONE and ORDERED** this 23rd day of September, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE